# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| W.H., a Minor, By His Parents | ) | |
| and Next Friends, M.H. and S.H., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-157 |
| | ) | |
| Portage Township Schools Corporation, | ) | |
|     Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

To:    Dr. Amanda Alaniz, Superintendent
       Portage Township Schools
       6240 U.S. Highway 6
       Portage, IN 46368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alexandra M. Curlin**
**CURLIN & CLAY LAW ASSOC. OF ATTYS.**
**8510 Evergreen Avenue**
**Indianapolis, IN 46240**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*
Northern District of Indiana

## **PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)).*

This summons for (name of individual and title, if any) was received by me on (date).

o   I personally served the summons on the individual at (place)_____ on (date)                  ; or

o   I left the summons at the individual's residence or usual place of abode with (name)_____, a person of suitable age and discretion who resides there, on (date)_____, and mailed a copy to the individual's last known address; or

o   I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization)_____on (date)_____; or

o   I returned the summons unexecuted because _____; or

o   Other (specify):


My fees are $_____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                 Server's signature

                                 _____
                                 Printed name and title

                                 _____
                                 Server's address


Additional information regarding attempted service, etc: